✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SCOTT CURTISS PIERITZ | Case Number: 7:17CR00076-001 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, CUSDJ | Nancy Healey | Fred Heblich, FPD |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2018 | Sonia Ferris | Kristin Ayersman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/2018 | y | y | Victim Minor A video screen shot (Hubert)  SEALED |
| 2 | | 10/31/2018 | y | y | Victim Minor A photo (Hubert)  SEALED |
| 3 | | 10/31/2018 | y | y | Victim Minor B video screen shot (Hubert)  SEALED |
| 4 | | 10/31/2018 | y | y | Victim Minor C video screen shot (Hubert)  SEALED |
| 5 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 6 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 7 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 8 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 9 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 10 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 11 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 12 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 13 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 14 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |
| 15 | | 10/31/2018 | y | y | image of minor victim/s (Hubert) SEALED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages